IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01958-WYD-MJW

JOEL LEDBETTER, HEATH POWELL and DISA POWELL,
as spouse to Heath Powell,

Plaintiffs,

v.

WAL-MART STORES, INC., and JOHN DOES 1-15,

Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
( Docket No. 26 )

---

THE COURT, having received and reviewed the **Unopposed Motion for Leave to File First Amended Complaint** and having reviewed the file and being otherwise fully advised in the premises,

HEREBY grants the Motion. Plaintiff is granted leave to file its First Amended Complaint and the proposed First Amended Complaint attached to Plaintiff's Motion shall be deemed filed, and the Clerk of Court is directed to enter the First Amended Complaint on the docket as being filed on this date.

DATED THIS 31st DAY OF January, 2007.

BY THE COURT:

/s/ Michael J. Watanabe

~~DISTRICT COURT JUDGE~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO