IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-1958-WYD-MJW

JOEL LEDBETTER, HEATH POWELL, and DISA POWELL, as spouse to Heath Powell,

     Plaintiffs,

v.

WAL-MART STORES, INC., GENERAL ELECTRIC COMPANY, EATON CORPORATION,
EATON CORPORATION, d/b/a Cutler-Hammer, EATON CORPORATION, d/b/a Eaton
Electrical Services & Systems, EATON CORPORATION, d/b/a Eaton Electrical, Inc., EATON
ELECTRICAL, INC., ARUP a/k/a ARUP AMERICAS, INC., and JOHN DOES 3-5 and 8-15,
whose true names are unknown

     Defendants.

---

## ORDER
( Docket p. 46 )

---

     This matter comes before the Court on the Motion for Leave to File Answer to First
Amended Complaint Out of Time filed by the Defendant, Wal-Stores, Inc. and the Court being
fully advised of the premises contained therein, it is hereby:

     ORDERED, ADJUDGE AND DECREED that the Answer to the First Amended
Complaint on behalf of Wal-Mart Stores, Inc. attached to the Motion is hereby accepted and
docketed as filed effective February 2 o, 2007.

     DATED this 2 o day of February, 2007.

BY THE COURT:

~~District Court Judge/Magistrate~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO