IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01958-WYD-MJW

JOEL LEDBETTER,

Plaintiff,

v.

WAL-MART STORES, INC., et al.,

Defendants.

---

MINUTE ORDER

---

    It is hereby ORDERED that Defendant General Electric Company's Stipulated Motion for Protective Order (docket no. 69) is GRANTED.  The written Stipulated Protective Order is APPROVED and made an Order of Court.

Date:  May 30, 2007