IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01958-WYD-MJW

JOEL LEDBETTER,

Plaintiff,

v.

WAL-MART STORES, INC., et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Amend the Scheduling Order (docket no. 78) is GRANTED finding good cause shown.  All discovery deadlines and hearings set in the original Scheduling Order dated March 26, 2007.  The parties shall submit an Amended Scheduling Order *nunc pro tunc* to August 6, 2007, with the court on or before August 17, 2007, with the new discovery deadlines.  The parties shall leave blank the new dates for settlement conference, final pretrial conference and status conference on the Amended Scheduling Order.  This court will address resetting any of those new dates once this court receives the Amended Scheduling Order.

Date: August 6, 2007