IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01958-WYD-MJW

JOEL LEDBETTER, HEATH POWELL and DISA POWELL,
as spouse to Heath Powell,

Plaintiffs,

v.

WAL-MART STORES, INC.,
GENERAL ELECTRIC COMPANY,
EATON ELECTRICAL, INC.,
ARUP a/k/a ARUP AMERICAS, INC., and
JOHN DOES 3-5 and 8-15, whose true names are unknown.

Defendants.

**ORDER REGARDING JOINT MOTION TO AMEND THE COMPLAINT TO SUBSTITUTE OVE ARUP and PARTNERS CALIFORNIA LTD. FOR DEFENDANT ARUP a/k/a ARUP AMERICAS, INC.**
~~(Document 87)~~
Docket #

It is hereby ordered as follows:

1. OVE ARUP and PARTNERS CALIFORNIA LTD. are hereby substituted for ARUP a/k/a ARUP AMERICAS, INC. in the Amended Complaint in this action.

2. As set forth in the parties' stipulation, this substitution meets the requirements of Fed. R. Civ. P. 15(c)(3) and OVE ARUP and PARTNERS CALIFORNIA LTD. suffers no prejudice by this substitution.

3. The Joint Motion to Amend to Complaint (document 87) is GRANTED.

**IT IS SO ORDERED** this 22nd day of August, 2007.

Michael J. Watanabe
United States Magistrate Judge