IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01958-WYD-MJW

JOEL LEDBETTER,

Plaintiff,

v.

WAL-MART STORES, INC., et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate and Reschedule Settlement Conference (document 91) is GRANTED. The settlement conference set for October 23, 2007, at 8:30 a.m. is VACATED and RESET to January 31, 2008, at 10:30 a.m. Updated confidential settlement statements shall be submitted by January 25, 2008.

Date:  October 12, 2007