IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01958-WYD-MJW

JOEL LEDBETTER,

Plaintiff,

v.

WAL-MART STORES, INC., et al.,

Defendants.

_____

MINUTE ORDER

_____

It is hereby ORDERED that the Motion to Allow Telephonic Settlement Conference Participation by an Additional Arup Representative (document 101) is DENIED.

Date:  January 16, 2008