IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-1958-WYD-MJW

JOEL LEDBETTER, HEATH POWELL, and DISA POWELL, as spouse to Heath Powell,

Plaintiffs,

v.

WAL-MART STORES, INC., GENERAL ELECTRIC COMPANY, EATON CORPORATION, EATON CORPORATION, d/b/a Cutler-Hammer, EATON CORPORATION, d/b/a Eaton Electrical Services & Systems, EATON CORPORATION, d/b/a Eaton Electrical, Inc., EATON ELECTRICAL, INC., OVE ARUP and PARTNERS CALIFORNIA LTD., and JOHN DOES 3-5 and 8-15, whose true names are unknown

Defendants.

---

## ORDER (Docket No. 110)

---

This matter comes before the Court on the Unopposed Motion for Leave to Amend the Scheduling Order filed by the Defendant, Wal-Mart Stores, Inc. and the Court being fully advised of the premises contained therein, it is hereby:

ORDERED, ADJUDGE AND DECREED that the Second Amended Scheduling Order is hereby amended to state, at Section 3, paragraph "b": **"Defendant Wal-Mart filed its Answer with this Court on October 12, 2006, wherein the affirmative defenses of Wal-Mart are more fully set forth. Wal-Mart intends to rely upon all affirmative defenses set forth therein."**

DATED this 4th day of February, 2008.

BY THE COURT:

_____
District Court Judge/Magistrate

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO