IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01958-WYD-MJW

JOEL LEDBETTER;
HEATH POWELL; and
DISA POWELL, as spouse to Heath Powell,

    Plaintiffs,

v.

WAL-MART STORES, INC.; and
JOHN DOES 1-15,

    Defendants.

---

## MINUTE ORDER
---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion of Eaton Corporation and Eaton Electrical Inc. To File Overlength Reply Brief in Support of Motion for Summary Judgement (docket #121), filed March 3, 2008, is **GRANTED.**  The reply is accepted for filing.

    Dated:  March 3, 2008