IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01958-WYD-MJW

JOEL LEDBETTER, HEATH POWELL, and DISA POWELL, as spouse to Heath Powell,

Plaintiffs,

v.

WAL-MART STORES, INC., GENERAL ELECTRIC COMPANY, EATON CORPORATION, EATON CORPORATION, d/b/a Cutler-Hammer, EATON CORPORATION, d/b/a Eaton Electrical Services & Systems, EATON CORPORATION, d/b/a Eaton Electrical, Inc., EATON ELECTRICAL, INC., OVE ARUP and PARTNERS CALIFORNIA LTD., and JOHN DOES 3-5 and 8-15, whose true names are unknown

Defendants.

---

ORDER ( Docket No 128 )

---

This matter comes before the Court on the Unopposed Motion for Leave to Amend the Second Amended Scheduling Order filed by the Defendant, Wal-Mart Stores, Inc. and the Court being fully advised of the premises contained therein, it is hereby:

ORDERED, ADJUDGED AND DECREED that the Second Amended Scheduling Order is hereby amended to state, at Section 8, paragraph b: **"The discovery in this case will be concluded by June 15, 2008.**

IT IS ALSO ORDERED, ADJUDGED AND DECREED, that the Second Amended Scheduling Order is hereby amended to state, at Section 8.d., paragraph (3): ..."The defendants shall designate experts and provide opposing counsel and any *pro se* party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 17, 2008. **The defendants shall submit disclosure of Dr. Schmitz's expert report(s) on or before April 30, 2008."**

IT IS ALSO ORDERED, ADJUDGED AND DECREED that the Second Amended Scheduling Order is hereby amended to state, at Section 8.d., paragraph (4): "The parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 15, 2008. **Plaintiffs' rebuttal expert report(s) to Dr. Schmitz's report(s) shall be due on or before May 30, 2008"**

DATED this 4TH day of March, 2008.

BY THE COURT:

_____
~~District Court~~ Judge/Magistrate