IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01958-WYD-MJW

JOEL LEDBETTER, HEATH POWELL and DISA POWELL,
as spouse to Heath Powell,

Plaintiffs,

v.

WAL-MART STORES, INC.,
GENERAL ELECTRIC COMPANY,
EATON ELECTRICAL, INC.,
OVE ARUP and PARTNERS CALIFORNIA LTD, and
JOHN DOES 3-5 and 18-15, whose true names are unknown,
Defendants.

---

### ORDER REGARDING STIPULATED MOTION TO EXTEND DEADLINES FOLLOWING RULING REGARDING PLAINTIFFS' INDEPENDENT MEDICAL EXAMINATIONS AND STIPULATED MOTION TO AMEND SECOND SCHEDULING ORDER (Docket No. 145)

---

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Extend Deadlines Following Ruling Regarding Plaintiffs' Independent Medical Examinations and Stipulated Motion to Amend Second Scheduling Order, and the Court having reviewed its file and being advised of the premises,

HEREBY GRANTS said Motion. The deadlines set forth in the Scheduling Order in this case are hereby amended as follows:

- May 22, 2008 - Deadline for Plaintiffs Ledbetter and Powell to appear and attend examination and neuropscyholoigical testing with Stephen P. Schmitz, Ph.D.

- May 22, 2008 - Deadline for Stephen P. Schmitz, Ph.D. to examine the Plaintiffs and administer neuropsychological tests
- June 4, 2008 - Deadline for Dr. Schmitz to send his raw test data to Dr. Helffenstein
- June 18, 2008 – Deadline for Dr. Schmitz to issue his expert report
- June 20, 2008 – Deadline for the Defendants to disclose Dr. Schmitz's expert opinions
- July 20, 2008 – Deadline for the Plaintiffs to disclose any rebuttal to Dr. Schmitz's opinions
- December 2, 2008 – Deadline for Dr. Helffenstein to conduct his examination of the Plaintiffs and administer neuropsychological tests (six months after the Plaintiffs' appointments with Dr. Schmitz)
- December 20, 2008 – Deadline for Plaintiffs to disclose Dr. Helffenstein's opinions based on his examination and testing
- January 20, 2009 – Deadline for the parties to disclose any supplemental expert reports or rebuttal opinions based on Dr. Helffenstein's treatment, to the extent any additional disclosure would be appropriate.
- March 31, 2009 – Deadline to complete discovery
- April 30, 2009 – Dispositive motions deadline

Additionally, the Final Pretrial Conference currently scheduled for July 1, 2008, is hereby VACATED. The Final Pretrial Conference will be held on June 25, 2008 at 9:00 a.m.

_Michael J. Watanabe_ 5-2-08
Michael J. Watanabe
U.S. Magistrate Judge