IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01958-WYD-MJW

JOEL LEDBETTER;
HEATH POWELL; and
DISA POWELL, as spouse to Heath Powell,

    Plaintiffs,

v.

WAL-MART STORES, INC..
GENERAL ELECTRIC COMPANY,
EATON CORPORATION, d/b/a Cutler-Hammer,
EATON CORPORATION, d/b/a Eaton Electrical Services & Systems,
EATON CORPORATION, d/b/a Eaton Electrical Inc.,
EATON ELECTRICAL, INC.,
OVE ARUP AND PARTNERS CALIFORNIA, LTD.,and
JOHN DOES 3-5 and 18-15, whose true names are unknown,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANT OVE ARUP AND PARTNERS CALIFORNIA LTD. WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation to Dismiss All Claims Against Defendant Ove Arup and Partners California Ltd. With Prejudice (docket #158), filed August 15, 2008.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and Defendant Ove Arup and Partners California Ltd. should be **DISMISSED WITH PREJUDICE** from this action.  Plaintiff's claims remain pending against the remaining Defendants in this case.  Accordingly, it is

    ORDERED that the Stipulation to Dismiss All Claims Against Defendant Ove

Arup and Partners California Ltd. With Prejudice (docket #158), is **APPROVED**, and Defendant Ove Arup and Partners California Ltd. is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs. It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: August 18, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge