IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01958-WYD-MJW

JOEL LEDBETTER;
HEATH POWELL; and
DISA POWELL, as spouse to Heath Powell,

    Plaintiffs,

v.

WAL-MART STORES, INC..
GENERAL ELECTRIC COMPANY,
EATON CORPORATION, d/b/a Cutler-Hammer,
EATON CORPORATION, d/b/a Eaton Electrical Services & Systems,
EATON CORPORATION, d/b/a Eaton Electrical Inc.,
EATON ELECTRICAL, INC., and
JOHN DOES 3-5 and 18-15, whose true names are unknown,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Wal-Mart's Motion for Summary Judgment (docket #180), filed April 29, 2009, is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards.  Specifically, counsel is directed to review and comply with section III.B of my Practice Standards.  The exhibits need not be resubmitted.

    Dated:  April 29, 2009