IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01958-WYD-MJW

JOEL LEDBETTER, et al.

Plaintiffs,

v.

WAL MART STORES, INC., et al.,

Defendants.

---

MINUTE ORDER

---

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that plaintiffs shall file a response to Defendant Wal-Mart Stores, Inc.'s Motion to Compel Production of Content of Social Networking Site (Docket No. 185) no later than 12 noon on Monday, June 1, 2009.

Date: May 26, 2009