IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01958-WYD-MJW

JOEL LEDBETTER, et al.

Plaintiffs,

v.

WAL MART STORES, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that for the reasons stated by defendant in its motion (Docket No. 185) and Reply (Docket No. 189), Defendant Wal-Mart Stores, Inc.'s Motion to Compel Production of Content of Social Networking Site **(Docket No. 185)** is **granted**.  Plaintiffs shall forthwith execute consents allowing the Social Networking Sites to produce the information sought in defendant's subpoenas.

Date: June 8, 2009