IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01958-WYD-MJW

JOEL LEDBETTER, et al.

Plaintiffs,

v.

WAL MART STORES, INC., et al.,

Defendants.

MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant Wal-Mart Stores, Inc's Motion to Vacate and Reset Pretrial Conference (docket no. 192) and the Joinder of Eaton Electrical Inc. in Motion to Vacate and Reset Final Pretrial Deadlines (docket no. 194) are both GRANTED finding good cause shown and consistent with the authority as outlined in D.C.COLO.LCivR 7.1 C, in pertinent part: "... Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed." The Final Pretrial Conference set on June 25, 2009, at 9:00 a.m. is VACATED and RESET to August 25, 2009, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall file their proposed Final Pretrial Order with the court five days (5) prior to the Final Pretrial Conference.

Date:  June 19, 2009