## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: October 6, 2009 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **06-cv-01958-WYD-MJW**          Counsel:

**JOEL LEDBETTER, et al.**,                                       David P. Hersh
                                                                                 Sarah Van Arsdale Berry
              Plaintiffs,

v.

**WAL-MART STORES, INC., et al.**,                      Brad A. Ramming
                                                                                 Sean M. Wells
              Defendants.                                             Dennis W. Brown
                                                                                 Joe A. Ramirez
                                                                                 Kenneth R. Fish
                                                                                 Franklin D. Patterson

## COURTROOM MINUTES

**HEARING ON MOTION TO CONTINUE TRIAL**

**10:05 a.m.**     Court in Session

                         APPEARANCES OF COUNSEL.

                         Court's opening remarks.

                         Stipulated Motion to Vacate and Reschedule Trial Date [doc. #206], filed
                         September 2, 2009, is raised for argument.

10:08 a.m.       Argument by Plaintiffs (Mr. Hersh).

10:14 a.m.       Argument by Defendants (Mr. Ramming).

| | |
|---|---|
| 10:21 a.m. | Argument by Defendants (Mr. Brown). |
| 10:26 a.m. | Argument by Defendants (Mr. Patterson). |
| 10:27 a.m. | Discussion regarding conflicts with the current trial setting and scheduling new dates. |
| **ORDERED:** | Stipulated Motion to Vacate and Reschedule Trial Date [doc. #206], filed September 2, 2009, is **GRANTED.** |
| **ORDERED:** | Trial to jury for ten (10) days set to commence on Monday, February 8, 2010, is **RESET** to **Monday, January 11, 2010, at 9:00 a.m., in courtroom A-1002.** |
| **ORDERED:** | Trial preparation conference set for Friday, January 29, 2010, at 10:00 a.m. is **VACATED** and **RESET** to **Monday, December 14, 2009, at 2:00 p.m., in courtroom A-1002.** |
| **ORDERED:** | Parties shall file a status report on progress with trial materials with the Court not later than **Monday, December 7, 2009.** |
| **ORDERED:** | A further trial preparation conference is set for **Monday, December 21, 2009, at 10:00 a.m., in courtroom A-1002.** |
| **ORDERED:** | Defendants shall file a joint trial brief, on choice of law issues, not later than **Friday, October 16, 2009.** |
| **ORDERED:** | Plaintiffs shall respond to Defendants' joint trial brief not later than **Friday, October 30, 2009.** |
| **ORDERED:** | Parties shall comply with all procedures and directive contained in the Court's practice standards. |
| **10:51 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   0:46**