IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01958-WYD-MJW

JOEL LEDBETTER, et al.

Plaintiffs,

v.

WAL MART STORES, INC., et al.,

Defendants.

---

MINUTE ORDER

---

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Objection to Defendant General Electric ("GE") Company's Trial Exhibits or, in the Alternative, Motion to Strike (docket no. 212) is DENIED.

The court finds that Plaintiffs have received Defendant GE's trial exhibits upon Mr. Savoca's return to his practice. Moreover, there is no evidence that Defendant GE has conducted itself in a dilatory or uncooperative manner during the pendency of this lawsuit. A three week delay in the delivery of Defendant's trial exhibits does not merit striking such trial exhibits, in particular, since the trial was continued to January 11, 2010, by Chief Judge Daniel. *See* Quinn v. Consolidated Freightways Corporation of Delaware, 283 F.3d 572, 576 (3rd Cir. 2002). *See* also orders and minutes of court proceeding held before Chief Judge Daniel on October 6, 2009.

Date:   October 20, 2009