IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01958-WYD-MJW

JOEL LEDBETTER;
HEATH POWELL; and
DISA POWELL, as spouse to Heath Powell,

      Plaintiffs,

v.

WAL-MART STORES, INC..
GENERAL ELECTRIC COMPANY,
EATON CORPORATION, d/b/a Cutler-Hammer,
EATON CORPORATION, d/b/a Eaton Electrical Services & Systems,
EATON CORPORATION, d/b/a Eaton Electrical Inc.,
EATON ELECTRICAL, INC., and
JOHN DOES 3-5 and 18-15, whose true names are unknown,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      General Electric Company's Unopposed Motion for Leave to File *Daubert* Motion on Expedited Briefing Schedule (docket #246), filed November 9, 2009, is **GRANTED IN PART AND DENIED IN PART.**  The motion is granted to the extent that GE wishes to file a *Daubert* motion.  However, because the Court would like more than one business day to review the submitted materials, the proposed expedited briefing schedule is denied.  The expedited briefing schedule is ordered as follows:

- General Electric may file its *Daubert* motion **not later than November 13, 2009.**
- Plaintiffs may file their response **not later than December 1, 2009.**
- General Electric may file a reply **not later than December 7, 2009.**

Dated:  November 10, 2009.