IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01958-WYD-MJW

JOEL LEDBETTER;
HEATH POWELL; and
DISA POWELL, as spouse to Heath Powell,

     Plaintiffs,

v.

WAL-MART STORES, INC..
GENERAL ELECTRIC COMPANY,
EATON CORPORATION, d/b/a Cutler-Hammer,
EATON CORPORATION, d/b/a Eaton Electrical Services & Systems,
EATON CORPORATION, d/b/a Eaton Electrical Inc.,
EATON ELECTRICAL, INC., and
JOHN DOES 3-5 and 18-15, whose true names are unknown,

     Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation for Dismissal with Prejudice (docket #278) filed jointly by Plaintiffs and Defendants.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice (docket #278) is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees, expenses and costs.

Dated: January 11, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge